BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

ODENBREIT LAW, APC
KATHERINE J. ODENBREIT (184619)
16835 Algonquin Street, Suite 221
Huntington Beach, CA 92649
Tel: 888/490-3510
kodenbreit@kjolaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA WILSON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION,<br><br>Defendant. | Case No: 3:15-cv-01497-BEN-RBB<br><br>Original Case No. 1:14-cv-00894-WBS-SAB (Eastern District of California)<br><br>CLASS ACTION<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Hearing Date: May 2, 2016<br>Hearing Time: 10:30 am<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A, 5th Floor – Schwartz |

Case No. 3:15-cv-01497-BEN-RBB

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

00100601

BLOOD HURST & O'REARDON, LLP

Non-Party Movant Dr. W. Ross Stone, and Defendant Conair Corporation (collectively, the "Parties"), by and through their attorneys of record listed below, hereby stipulate as follows:

WHEREAS, this was a miscellaneous action filed by Dr. Stone for the limited purpose of challenging a subpoena served by Conair Corporation on the University of California at San Diego ("UCSD") seeking all documents that mention, refer or relate to Dr. Stone's student file, including verification of any degree, and list of all classes in which he was enrolled.

WHEREAS, Dr. Stone is a non-testifying consultant for plaintiff, Delia Wilson, in litigation against Defendant Conair Corporation, pending in the United States District Court, Eastern District of California, No. 1:14-cv-00894-WBS-SAB, before the Honorable William B. Shubb.

WHEREAS, pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure ("F.R.C.P."), Dr. Stone moved this Court for a protective order quashing the subpoena served by Conair Corporation on UCSD, or in the alternative narrowing it to production of documents sufficient to verify honors and degrees he received from UCSD.

WHEREAS, on September 21, 2015, the Honorable Ruben B. Brooks entered an Order (ECF No. 5) narrowing the subpoena to production of documents "that mention, refer, or list all classes in which Stone was enrolled."

WHEREAS, UCSD produced this information to Defendant Conair Corporation on or before October 2, 2015, per the Court's Order.

///
///
///
///
///
///

1       Case No.  3:15-cv-01497-BEN-RBB
STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

BLOOD HURST & O'REARDON, LLP

00100601

NOW, THEREFORE, IT IS HEREBY STIPULATED, that pursuant to FRCP 41(a)(1)(A)(ii), this miscellaneous action filed by Dr. Stone and assigned No: 3:15-cv-01497-BEN-RBB, is voluntarily dismissed without prejudice, with each party to bear its own costs.

Dated: April 18, 2016

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)

By:          s/  Leslie E. Hurst
                  LESLIE E. HURST

701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

ODENBREIT LAW, APC
KATHERINE J. ODENBREIT (184619)
16835 Algonquin Street, Suite 221
Huntington Beach, CA  92649
Tel: 888/490-3510
kodenbreit@kjolaw.com

*Attorneys for Plaintiff
and Non-Party Dr. W. Ross Stone*

Dated: April 18, 2016

ROSEN ✧ SABA, LLP
RYAN D. SABA (192370)
MOMO E. TAKAHASHI (238965)

By:          s/  Ryan D. Saba
                  RYAN D. SABA

9350 Wilshire Boulevard, Suite 250
Beverly Hills, CA  90212
Tel: 310/285-1727
310/285-1728 (fax)
rsaba@rosensaba.com
mtakahashi@rosensaba.com

*Attorneys for Defendant
Conair Corporation*

2          Case No.  3:15-cv-01497-BEN-RBB
STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

00100601

BLOOD HURST & O'REARDON, LLP

BLOOD HURST & O'REARDON, LLP

**ECF CERTIFICATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: April 18, 2016          BLOOD HURST & O'REARDON, LLP

By:          *s/ Leslie E. Hurst*
                  LESLIE E. HURST

BLOOD HURST & O'REARDON, LLP

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 18, 2016.

*s/  Leslie E. Hurst*

LESLIE E. HURST

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
lhurst@bholaw.com

00100601

4          Case No.  3:15-cv-01497-BEN-RBB
STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)